# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1722

Samantha Stinson, on behalf of herself and her minor children, A.R.S. and A.W.S., et al.

Appellees

v.

Fayetteville School District No. 1, et al.

State of Arkansas

Appellant

------------------------------

State of Kentucky, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:25-cv-05127-TLB)

---

## ORDER

National Association of Christian Lawmakers, American History and Heritage Foundation, Inc., and Liberty Counsel, Inc. have filed a motion for leave to file an amicus brief on behalf of Intervenor-Appellant.

The motion was consented by all parties and the motion is granted. The brief will be filed following this order.

June 10, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler