# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:**     Lindsay C. Harrison
**CC:**     Jordan Broyles
            Griselda Cabrera
            Catherine Carroll
            Patrick C. Elliott
            Noel John Francisco
            Noah B. Gimbel
            Bradley S. Girard
            Janet Gochman
            Samuel T. Grover
            Boyd I.R. Hampton
            Avery B. Hill
            K. Hollyn Hollman
            Noah Huffman
            Corenza R. Jean
            Kurt Johnson
            Jordan Krieger
            Matthew F. Kuhn
            Beth Kurtz
            Eric P. Leis
            Alexander Joseph Luchenitser
            Nicolas Andre Lussier
            Daniel Mach
            Nnayongo Malafa
            James R. McGuire
            Horatio Gabriel Mihet
            Stephen J. Nast
            Nancy A. Noet
            Alice O'Brien
            Autumn Hamit Patterson
            Laura L. Purvis
            Daniel Joseph Schmid
            Shelby Howlett Shroff
            Amy Tai
            Hannah Lorraine Templin
            Noah P. Watson
            Heather L. Weaver
            John Charles Williams
            Jonathan K. Youngwood
            Jess Zalph
            Marjory Zuk

**DATE:**   July 28, 2026

**RE:**        26-1722  Samantha Stinson, et al v. State of Arkansas

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted and you must submit 10 new paper copies correcting the deficiencies.

**Your new paper copies of the brief are due 5 days from the date of this notice.**

__X__ The covers on the brief must be replaced with the correct color – *the color was correct, but the below needs corrected.*
   __X__ Amicus or Intervenor's brief – Green. *The cover page should be on the green page, and you do not need to add the page that talks about the brief being filed and appearance form.*

__X__ Please remove the appellate PDF footer from the printed copies of the brief, this is the line at the bottom of each page that shows the case number, the date filed, and the entry ID number.

__X__ Please make sure to include a copy of the Certificate of Service entry showing service of the paper copies of your brief to all opposing counsel.

JES